IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| TIMOTHY NATHANIEL ALLEN, | ) | No. C 11-4441 JSW (PR) |
| Petitioner, | ) ) | **ORDER EXTENDING TIME TO AMEND** |
| vs. | ) ) | |
| G. D. LEWIS, Warden, | ) ) | |
| Respondent. | ) ) ) | |

Good cause appearing, Petitioner is granted an extension of time, to and including **August 1, 2012,** in which to file either the exhibits referenced in his petition or an amended petition that sets forth cognizable claims. The exhibits or amended petition must include the caption and civil case number used in this order, No. C 11-4441 JSW (PR), and if he files an amended petition, it shall include the words "COURT-ORDERED FIRST AMENDED PETITION" on the first page. Also, because an amended petition completely replaces the original petition, *see Ferdik v. Bonzelet*, 963 F.2d 1258, 1262 (9th Cir. 1992), Petitioner may not incorporate into any amended petition material from the original petition by reference. <u>Failure to file the exhibits or an amended petition within the designated time and in accordance with this order will result in the dismissal of this action without prejudice</u>.

IT IS SO ORDERED.

DATED: July 9, 2012

_____
JEFFREY S. WHITE
United States District Judge

|   |   |
|---|---|
| UNITED STATES DISTRICT COURT | |
| FOR THE | |
| NORTHERN DISTRICT OF CALIFORNIA | |

TIMOTHY NATHANIEL ALLEN,

    Plaintiff,

  v.

GREG LEWIS et al,

    Defendant.
_____/

Case Number: CV11-04441 JSW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on July 9, 2012, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Timothy Nathaniel Allen G-41162
SVSP
P.O. Box 1050
Soledad, CA 93960

Dated: July 9, 2012

*Jennifer Ottolini*
Richard W. Wieking, Clerk
By: Jennifer Ottolini, Deputy Clerk