FILED
JAN 07 2013
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIMOTHY NATHANIEL ALLEN,<br><br>Petitioner,<br><br>v.<br><br>G.D. LEWIS, Warden,<br><br>Respondent. | Case No. C 11-4441 JSW (PR)<br><br>[~~PROPOSED~~] ORDER<br><br>(Docket No. 16) |

GOOD CAUSE APPEARING, it is hereby ordered that respondent may have until February 22, 2013 to file an answer to the petition for writ of habeas corpus. Petitioner may file a traverse within 30 days after his receipt of the answer.

Dated: __JAN 07 2013__

The Honorable Jeffrey S. White

1

[~~Proposed~~] Order (C 11-4441 JSW (PR))

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

TIMOTHY NATHANIEL ALLEN,       Case Number: CV11-04441 JSW

    Plaintiff,       **CERTIFICATE OF SERVICE**

v.

GREG LEWIS et al,

    Defendant.

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on January 7, 2013, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Timothy Nathaniel Allen G-41162
Pelican Bay State Prison
P.O. Box 7500
Crescent City, CA 95531

Dated: January 7, 2013

Richard W. Wieking, Clerk
By: Jennifer Ottolini, Deputy Clerk