IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIMOTHY NATHANIEL ALLEN, ) <br>                Petitioner, ) <br> vs. ) <br> G. D. LEWIS, Warden, ) <br>                Respondent. ) | No. C 11-4441 JSW (PR) <br><br> **ORDER EXTENDING TIME TO FILE TRAVERSE** |

Good cause appearing, Petitioner's request for an extension of time in which to file a traverse, to and including **April 9, 2013,** is GRANTED.

IT IS SO ORDERED.

DATED: March 8, 2013

JEFFREY S. WHITE
United States District Judge

|   |   |
|---|---|
| 1 | UNITED STATES DISTRICT COURT |
| 2 | FOR THE |
| 3 | NORTHERN DISTRICT OF CALIFORNIA |

| | |
|---|---|
| TIMOTHY NATHANIEL ALLEN, | Case Number: CV11-04441 JSW |
| Plaintiff, | **CERTIFICATE OF SERVICE** |
| v. | |
| GREG LEWIS et al, | |
| Defendant. | |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on March 8, 2013, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Timothy Nathaniel Allen G-41162
Pelican Bay State Prison
P.O. Box 7500
Crescent City, CA 95531

Dated: March 8, 2013

*Jennifer Ottolini*
Richard W. Wieking, Clerk
By: Jennifer Ottolini, Deputy Clerk